Per Curiam.

(No. 75-CC-687—

Federal Sign & Signal Corp., Claimant, vs. State of Illinois, Department of Public Health, Respondent.

*Opinion filed May 13, 1975.*

Federal Sign & Signal Corp., Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.